IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| DONNA FOX BOLDIN, | CIVIL NO 6:10cv00010 |
| *Plaintiff,* | |
| v. | ORDER |
| ALISON WINGFIELD and CECILEY HUSELIN, | JUDGE NORMAN K. MOON |
| *Defendants.* | |

For the reasons stated in the accompanying Memorandum Opinion, Defendants' Motion to Dismiss (docket nos. 27 and 28) is GRANTED without prejudice.

The Clerk of the Court is directed to send a certified copy of this Order and the accompanying Memorandum Opinion to all counsel of record and to the Plaintiff.

Entered this 16th day of September, 2010.

NORMAN K. MOON
UNITED STATES DISTRICT JUDGE